The People of the State of Illinois ex rel. Mark B. O'Leary, defendant in error, v. Charles W. Catino et al., plaintiffs in error. Gen. No. 30,831.

Contempt proceeding against election officials. Order holding them guilty. Error to the County Court of Cook county; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed December 21, 1926.

Henry A. Berger and John F. Higgins, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Joseph B. Fleming, Special Assistant State's Attorney, and Henry T. Chace, Jr., Assistant State's Attorney, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Otto Cederwall, appellant, v. Nicholas R. Finn et al., appellees. Gen. No. 30,884.

Petition for mandamus to compel restoration of relator to classified service of city of Chicago. Demurrer to plea overruled. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Franklin Raber, for appellant. Francis X. Busch, Corporation Counsel, Leon Hornstein and Carl Hjalmar Lundquist, Assistant Corporation Counsel, for appellees; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. William J. H. Schultz, appellant, v. Nicholas R. Finn et al., appellees. Gen. No. 30,885.

Petition for mandamus to restore relator to classified service of city of Chicago. Demurrer to plea overruled. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Franklin Raber, for appellant. Francis X. Busch, Corporation Counsel, Leon Hornstein and Carl Hjalmar Lundquist, Assistant Corporation Counsel, for appellees; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel.

Mr. Justice Barnes delivered the opinion of the court.